IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONALD WYCOFF**,

**Plaintiff,**

**v.**

**TOP CONSTRUCTION COMPANY, INC.,**

**Defendant/Third Party Plaintiff,**

**v.**                                                                  No. 07-0207-DRH

**FEDERAL STEEL & ERECTION COMPANY,**

**Third Party Defendant.**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court are two motions for leave to file answer out of time by consent by Federal Steel & Erection Company (Docs. 37 & 39). Said motions are **GRANTED**. The Court **ORDERS** Federal Steel & Erection Company to file its answer *instanter*.

**IT IS SO ORDERED.**

Signed this 24th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**