IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DONALD WYCOFF,**

    **Plaintiff,**

**v.**

**TOP CONSTRUCTION COMPANY, INC.,**

    **Defendant/Third-Party Plaintiff,**

**v.**

**FEDERAL STEEL & ERECTION CO.,**

    **Third-Party Defendant.**                               **Case No. 07-cv-207-DRH**

## ORDER

**HERNDON, Chief Judge:**

        Before the Court is defendant/third-party plaintiff Top Construction Company, Inc.'s Motion to Continue Final Pretrial Conference and Presumptive Trial Date and Request for a Scheduling Conference (Doc. 43). For good cause shown and because the non-moving parties consent to this request, the Motion (Doc. 43) is **GRANTED**.

        The Final Pretrial Conference is hereby reset for September 12, 2008 at 1:30 p.m. The presumptive trial month is reset for October, 2008. As for the scheduling conference request, the Court refers the matter to United States Magistrate Judge

Frazier to set a date for said conference in a separate order to follow.

**IT IS SO ORDERED.**

Signed this 23rd day of January, 2008.

/s/ David R Herndon

**Chief Judge
United States District Court**